NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RICKY WILLIAMS,**
*Petitioner,*

v.

**UNITED STATES POSTAL SERVICE,**
*Respondent.*

---

2012-3200

---

Petition for review of the Merit Systems Protection Board in case no. AT0752100284-B-1.

---

**ON MOTION**

---

**O R D E R**

The United States Postal Service moves for an extension of time, until November 26, 2012, to file its response brief.

Upon consideration thereof,

IT IS ORDERED THAT:

RICKY WILLIAMS V. USPS                                                    2

The motion is granted.

FOR THE COURT


/s/ Jan Horbaly
Jan Horbaly
Clerk

s21